UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FRANK BALESTRIERI,

                     Plaintiff,                     No. 22 Civ. 6614 (RA) (BCM)

    -against-

RUBIN BROS. PRODUCE CORP. and              [PROPOSED]
MARC RUBIN,                                             JUDGMENT

                     Defendants.
-------------------------------------------------------------------X

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiff Frank Balestrieri ("Plaintiff") on March 22, 2023; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff and against Rubin Bros. Produce Corp. and Marc Rubin, jointly and severally, in the amount of $82,000.00, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiff's claims in this action.

Dated:  New York, New York
           March 23, 2023

                                              **SO ORDERED:**

                                              Hon. Ronnie Abrams
                                              United States District Judge